No. 558. Sharp et al. *v.* Commissioner of Internal Revenue. Argued March 9, 1938.

Decided March 14, 1938. *Per Curiam:* The judgment is reversed. *Freuler* v. *Helvering,* 291 U. S. 35, 43, 45; *Blair* v. *Commissioner,* 300 U. S. 5, 9, 10. *Mr. William Barclay Lex,* with whom *Mr. Charles C. Norris, Jr.* was on the brief, for petitioners. *Mr. A. F. Prescott* argued the cause, and *Acting Solicitor General Bell* was on a memorandum, for respondent.